# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-1439

_____

Anthony Rizzuti

*Plaintiff - Appellant*

v.

Linda Sanders, Warden; Eric Banta, Supervisory Correctional Systems Specialist;
Paul M. Laird, Regional Director; Harrell Watts, Administrator

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: July 22, 2015
Filed: July 27, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Anthony Rizzuti appeals the district court's[1] adverse grant of summary judgment in his action under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). Upon careful review of the record and the parties' arguments on appeal, we conclude that the district court's summary judgment decision was proper, see Cody v. Weber, 256 F.3d 764, 767 (8th Cir. 2001) (de novo standard of review); see also Thomas v. Corwin, 483 F.3d 516, 526-27 (8th Cir. 2007) (mere allegations, unsupported by specific facts or evidence beyond nonmoving party's conclusions, are insufficient to withstand summary judgment motion), and we further conclude that the district court did not abuse its discretion in handling discovery matters, see In re Mo. Dep't of Natural Res., 105 F.3d 434, 435 (8th Cir. 1997) (management of discovery is committed to sound discretion of trial court; scope of review of discovery orders is both narrow and deferential).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.